BENJAMIN B. WAGNER
United States Attorney
PAUL A. HEMESATH
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2932

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 2:10-CR-00413 MCE |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | |
| v. ) | DATE: December 2, 2010 |
| ) | TIME: 9:00 a.m. |
| JUAN MANUEL CUEVAS, ) | COURT: Hon. Morrison C. England |
| HUGO CHAVEZ-DELACRUZ, AND ) | |
| ARMANDO FLORES CAMPOS, ) | |
| ) | |
| Defendants. ) | |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Paul Hemesath, counsel for Plaintiff; J. Toney, counsel for defendant Juan Manuel CUEVAS; Michael L. Chastaine, counsel for defendant Armando Flores CAMPOS; and Gilbert Roque, counsel for defendant Hugo Chavez DELACRUZ, that the above status conference be rescheduled from this Court's December 2, 2010, calendar, and that the matter be re-calendared for January 6, 2011, at 9:00 a.m. This request is made jointly by the government and defense in order to permit time for continued preparation, including investigation which is currently in progress, and plea negotiations.

IT IS FURTHER STIPULATED that time be excluded between through

January 6, 2011, pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(ii)&(iv), Local Code T-4.

Dated: November 30, 2010        /s/ Paul Hemesath
                                Paul Hemesath
                                Assistant United States Attorney
                                Counsel for Plaintiff

Dated: November 30, 2010        /s/ J. Toney
                                J. Toney
                                Counsel for Defendant
                                Juan Manuel CUEVAS

Dated: November 30, 2010        /s/ Michael L. Chastaine
                                Michael L. Chastaine
                                Counsel for Defendant
                                Armando Flores CAMPOS

Dated: November 30, 2010        /s/ Gilbert Roque
                                Gilbert Roque
                                Counsel for Defendant
                                Hugo Chavez DELACRUZ

**O R D E R**

IT IS SO ORDERED.

Dated: December 7, 2010

_____
**MORRISON C. ENGLAND, JR.**
**UNITED STATES DISTRICT JUDGE**

2