```
BENJAMIN B. WAGNER
United States Attorney
PAUL A. HEMESATH
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2932
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                              )<br>           Plaintiff,        )<br>                              )<br> v.                           )<br>                              )<br> JUAN MANUEL CUEVAS,          )<br> HUGO CHAVEZ-DELACRUZ, AND    )<br> ARMANDO FLORES CAMPOS,       )<br>                              )<br>           Defendants.       )<br>_____) | CASE NO. 2:10-cr-00413 MCE<br><br>STIPULATION AND ORDER<br><br>DATE: February 17, 2011<br>TIME: 9:00 a.m.<br>COURT: Hon. Morrison C. England |

   **IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Paul Hemesath, counsel for Plaintiff; J. Toney, counsel for defendant Juan Manuel CUEVAS; Michael L. Chastaine, counsel for defendant Armando Flores CAMPOS; and Gilbert Roque, counsel for defendant Hugo Chavez DELACRUZ, that the above status conference be rescheduled from this Court's February 17, 2011, calendar, and that the matter be re-calendared for March 17, 2011, at 9:00 a.m.  This request is made jointly by the government and defense in order to permit time for continued preparation, including investigation which is currently in progress, and plea negotiations.
///

1

    IT IS FURTHER STIPULATED that time be excluded between through March 17, 2011, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4.

Dated: February 15, 2011        /s/ Paul Hemesath
                                Paul Hemesath
                                Assistant United States Attorney
                                Counsel for Plaintiff

Dated: February 15, 2011        /s/ J. Toney
                                J. Toney
                                Counsel for Defendant
                                Juan Manuel CUEVAS

Dated: February 15, 2011        /s/ Michael L. Chastaine
                                Michael L. Chastaine
                                Counsel for Defendant
                                Armando Flores CAMPOS

Dated: February 15, 2011        /s/ Gilbert Roque
                                Gilbert Roque
                                Counsel for Defendant
                                Hugo Chavez DELACRUZ

**O R D E R**

**IT IS SO ORDERED.**

**Dated: February 18, 2011**

_____
**MORRISON C. ENGLAND, JR.**
**UNITED STATES DISTRICT JUDGE**

2