1  J. Toney
   Attorney at Law
2  State Bar No. 43143

3  P.O. Box 1515
   Woodland, California 95776
4  (530) 666-1908
   yoloconflict@aol.com
5
   Attorney for Juan Cuevas
6

7                  IN THE UNITED STATES DISTRICT COURT

8                FOR THE EASTERN DISTRICT OF CALIFORNIA

9  UNITED STATES OF AMERICA,         ) No. 2:10-cr-00413-MCE
                                     )
10         Plaintiff,                )
                                     ) STIPULATION AND ORDER
11    v.                             ) CONTINUING STATUS
                                     ) CONFERENCE
12 JUAN CUEVAS, ET AL.               )
                                     )
13         Defendants,               )
   _____)
14

15

16     The parties continue to work toward resolution of this case.
17 However, the Defense needs more time to review discovery and to
18 attempt to resolve the matter.
19   The parties therefore stipulate that
20 the Status Conference be continued to June 23, 2011 and ask that
21 the Court so order.  The parties also stipulate that time under
22 the Speedy Trial Act be excluded for Counsel preparation, local
23 code T4 to conclude plea negotiations.
24 ///
25 ///
26 ///
27 ///
28
                                  1

Dated: May 9, 2011

  /s/ PAUL HEMESETH                /s/ J TONEY
Paul Hemeseth                   J Toney
Assistant U S Attorney        Attorney for Juan Cuevas

                               /s/ MICHAEL CHASTAINE
                                 Michael Chastaine
                        Attorney for Armando Campos

                               /s/ GILBERT ROQUE
                                 Gilbert Roque
                        Attorney for Hugo Delacruz

ORDER

Good cause appearing, it is hereby ordered that the status conference be continued to June 23, 2011 at 9:00 AM and that the period from May 12, 2011 to June 23, 2011 be excluded from calculation under the Speedy Trial Act pursuant to 18 USC Sec. 3161 (h)(7)(A) and local code T4.

Dated: May 10, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2