1  GILBERT A. ROQUE
   Attorney at Law
2  California State Bar Number 074966
   913 Court Street
3  Woodland, California 95695
   (530) 666-1935
4
   Attorney for HUGO CHAVEZ DE LA CRUZ
5

6                    UNITED STATES DISTRICT COURT

7                    EASTERN DISTRICT OF CALIFORNIA

8
   UNITED STATES OF AMERICA,          )   2:10-CR-413-MCE
9                                     )
                 Plaintiff,            )   STIPULATION AND PROPOSED
10                                    )   ORDER VACATING DATE,
   vs.                                 )   CONTINUING CASE AND
11                                    )   EXCLUDING TIME
                                       )
12 JUAN MANUEL CUEVAS and              )
   HUGO CHAVEZ DE LA CRUZ,             )   Date : 9/29/11
13                                    )   Time : 9:00 a.m.
                 Defendants.           )   Court : Hon. Morrison C. England, Jr.
14 _____     )

15     **IT IS HEREBY STIPULATED** by and among Plaintiff United States of America, through

16 Assistant United States Attorney Paul A. Hemesath; Defendant Juan Manuel Cuevas, through

17 his counsel, J. Toney; and Defendant Hugo Chávez De La Cruz, through his counsel, Gilbert

18 A. Roque, that the Status Conference scheduled for August 25, 2011, at 9:00 a.m., be vacated

19 and the matter be continued to September 29, 2011, at 9:00 a.m., before the Honorable

20 Morrison C. England, Jr.

21     This continuance is requested by the defense in order to permit further diligent

22 examination of possible defenses, further client consultation concerning available courses of

23 action, negotiations with the prosecution and review of discovery.

24     **IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act, 18 U.S.C.

25 § 3161 *et seq.* be tolled pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), Local Code T-4

26 (time to prepare), and that the ends of justice served in granting the continuance and allowing

27 the defendants further time to prepare outweigh the best interests of the public and the

28 defendants in a speedy trial.

The Court is advised that all counsel have conferred about this request, that they have agreed to the September 29, 2011 date, and that all counsel have authorized Mr. Roque to sign this stipulation on their behalf.

**IT IS SO STIPULATED.**

Respectfully submitted,

DATED: August 12, 2011    /s/ Gilbert A. Roque
GILBERT A. ROQUE, Attorney for
HUGO CHAVEZ DE LA CRUZ, Defendant

DATED: August 12, 2011    /s/ J. Toney
J. TONEY, Attorney for
JUAN MANUEL CUEVAS, Defendant

DATED: August 12, 2011    /s/ Paul A. Hemesath
PAUL A. HEMESATH
Assistant United States Attorney
Attorney for Plaintiff

ORDER

The Court, having received, read and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties, the Court finds that the ends of justice served by the granting of such continuance outweigh the best interests of the public and the defendants in a speedy trial, and orders that the time from the date of the parties' stipulation, August 12, 2011, to and including the new Status Conference, September 29, 2011, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T4 (reasonable time for defense counsel to prepare).

It is further ordered that the August 25, 2011, Status Conference is vacated and shall be continued until September 29, 2011, at 9:00 a.m.

IT IS SO ORDERED.

Dated: August 17, 2011

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE