J. Toney
Attorney at Law
State Bar No. 43143

P.O. Box 1515
Woodland, California 95776
(530) 666-1908
yoloconflict@aol.com

Attorney for Juan Cuevas

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Cr. No. 10-413 MCE |
| Plaintiff, ) | STIPULATION AND ORDER |
| v. ) | CONTINUING STATUS CONFERENCE (Oct 27, 2011 |
| JUAN CUEVAS ) et al ) | before Judge England) |
| Defendants, ) | |

The parties continue to work toward resolution of this case. However, the Defense needs more time to review discovery and to attempt to resolve the matter.

The parties therefore stipulate that the Status Conference be continued to Oct 27, 2011 and ask that the Court so order. The parties also stipulate that time under the Speedy Trial Act be excluded for Counsel preparation, local code T4 to conclude plea negotiations.

Dated Sept. 25, 2011

/s/ PAUL HEMESETH                    /s/ J TONEY
Paul Hemeseth                         J Toney
Assistant U S Attorney               Attorney for Juan Cuevas

1

          /s/ GILBERT ROQUE
             Gilbert Roque
       Attorney for Hugo Delacruz

ORDER

Good cause appearing, it is hereby ordered that the status conference be continued to Oct. 27, 2011 at 9:00 AM and that the period from Sept 29, 2011 to Oct. 27, 2011 be excluded from calculation under the Speedy Trial Act pursuant to 18 USC Sec. 3161 (h)(7)(A) and local code T4. The Court also finds that the ends of justice served by granting Defendant's request for a continuance outweigh the best interest of the public and defendant in a speedy trial.

IT IS SO ORDERED.

Dated: September 28, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2