1  BENJAMIN B. WAGNER
   United States Attorney
2  PAUL A. HEMESATH
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2932

5

6

7                    IN THE UNITED STATES DISTRICT COURT
8
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10
   UNITED STATES OF AMERICA,       )   CASE NO. 2:10-cr-00413 MCE
11                                 )
                    Plaintiff,     )   STIPULATION AND ORDER
12                                 )
   v.                              )   DATE: December 1, 2011
13                                 )   TIME: 9:00 a.m.
   JUAN MANUEL CUEVAS, AND         )   COURT: Hon. Morrison C. England
14 HUGO CHAVEZ-DELACRUZ,           )
                                   )
15                                 )
                    Defendants.    )
16                                 )

17 ─────────────────────────────────

18    **IT IS HEREBY STIPULATED** by and between Assistant United
19 States Attorney Paul Hemesath, counsel for Plaintiff; J. Toney,
20 counsel for defendant Juan Manuel CUEVAS; and Gilbert Roque, counsel
21 for defendant Hugo Chavez DELACRUZ, that the above status conference
22 be rescheduled from this Court's December 1, 2011, calendar, and that
23 the matter be re-calendared for January 12, 2012, at 9:00 a.m.  This
24 request is made jointly by the government and defense in order to
25 permit time for continued preparation, including investigation which
26 is currently in progress, and plea negotiations.
27 ///
28 ///

                                    1

The parties agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS FURTHER STIPULATED that time be excluded between through January 12, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4.

Dated: November 29, 2011          /s/ Paul Hemesath
                                  Paul Hemesath
                                  Assistant United States Attorney
                                  Counsel for Plaintiff

Dated: November 29, 2011          /s/ J. Toney
                                  J. Toney
                                  Counsel for Defendant
                                  Juan Manuel CUEVAS

Dated: November 29, 2011          /s/ Gilbert Roque
                                  Gilbert Roque
                                  Counsel for Defendant
                                  Hugo Chavez DELACRUZ

## O R D E R

Finding that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial, **IT IS SO ORDERED.**

**Dated: December 6, 2011**

**MORRISON C. ENGLAND, JR.**
**UNITED STATES DISTRICT JUDGE**

2