```
BENJAMIN B. WAGNER
United States Attorney
PAUL A. HEMESATH
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2932
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 2:10-cr-00413 MCE |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | CONTINUING STATUS CONFERENCE |
| v. ) | |
| ) | DATE: March 2, 2012 |
| JUAN MANUEL CUEVAS, AND ) | TIME: 9:00 a.m. |
| HUGO CHAVEZ-DELACRUZ, ) | COURT: Hon. Morrison C. England |
| ) | |
| ) | |
| Defendants. ) | |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Paul Hemesath, counsel for Plaintiff; J. Toney, counsel for defendant Juan Manuel CUEVAS; and Gilbert Roque, counsel for defendant Hugo Chavez DELACRUZ, that the above status conference be rescheduled from this Court's March 2, 2012, calendar, and that the matter be re-calendared for March 22, 2012, at 9:00 a.m.  This request is made jointly by the government and defense in order to permit time for continued preparation, including investigation which is currently in progress, and plea negotiations.

1

1  The parties agree that the interests of justice served by granting
2  this continuance outweigh the best interests of the public and the
3  defendant in a speedy trial.
4      IT IS FURTHER STIPULATED that time be excluded between through
5  March 22, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code
6  T-4.

Dated: February 29, 2012          /s/ Paul Hemesath
                                  Paul Hemesath
                                  Assistant United States Attorney
                                  Counsel for Plaintiff

Dated: February 29, 2012          /s/ J. Toney
                                  J. Toney
                                  Counsel for Defendant
                                  Juan Manuel CUEVAS

Dated: February 29, 2012          /s/ Gilbert Roque
                                  Gilbert Roque
                                  Counsel for Defendant
                                  Hugo Chavez DELACRUZ

## O R D E R

Finding that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial, **IT IS SO ORDERED.**

**Dated: March 2, 2012**

**MORRISON C. ENGLAND, JR.**
**UNITED STATES DISTRICT JUDGE**