GILBERT A. ROQUE
Attorney at Law
California State Bar Number 074966
913 Court Street
Woodland, California 95695
(530) 666-1935

Attorney for HUGO CHAVEZ DE LA CRUZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>HUGO CHAVEZ DE LA CRUZ,<br><br>　　　　　Defendant | 2:10-CR-413-MCE<br><br>STIPULATION AND ORDER VACATING DATE, CONTINUING CASE AND EXCLUDING TIME<br><br>Date  : 6/21/12<br>Time  : 9:00 a.m.<br>Court : Hon. Morrison C. England, Jr. |

**IT IS HEREBY STIPULATED** by and between Plaintiff United States of America, through Assistant United States Attorney Paul A. Hemesath, and Defendant Hugo Chávez De La Cruz, through his counsel, Gilbert A. Roque, that the Status Conference scheduled for April 26, 2012, at 9:00 a.m., be vacated and the matter be continued to June 21, 2012, at 9:00 a.m., before the Honorable Morrison C. England, Jr.

This continuance is requested by both the Government and the defense in order to permit further investigation.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.* be tolled pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), Local Code T-4 (time to prepare), and that the ends of justice served in granting the continuance and allowing more time to prepare outweigh the best interests of the public and defendant in a speedy trial.

**IT IS SO STIPULATED.**

DATED: April 23, 2012　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　　　　/s/ Gilbert A. Roque
　　　　　　　　　　　　　　　　　　　　GILBERT A. ROQUE, Attorney for
　　　　　　　　　　　　　　　　　　　　HUGO CHAVEZ DE LA CRUZ, Defendant

1

DATED: April 23, 2012      /s/ Paul A. Hemesath
                           PAUL A. HEMESATH
                           Assistant United States Attorney
                           Attorney for Plaintiff

## ORDER

The Court, having received, read and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties, the Court finds that the ends of justice served by the granting of such continuance outweigh the best interests of the public and the defendant in a speedy trial, and orders that the time from the date of the parties' stipulation, April 23, 2012, to and including the new Status Conference, June 21, 2012, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T4 (reasonable time for counsel to prepare).

It is further ordered that the April 26, 2012, Status Conference is vacated and shall be continued until June 21, 2012, at 9:00 a.m.

**IT IS SO ORDERED.**

**Dated: April 26, 2012**

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE