GILBERT A. ROQUE
Attorney at Law
California State Bar Number 074966
913 Court Street
Woodland, California 95695
(530) 666-1935

Attorney for HUGO CHAVEZ DE LA CRUZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>HUGO CHAVEZ DE LA CRUZ,<br><br>　　　　　Defendant | 2:10-CR-00413-MCE<br><br>STIPULATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCE HEARING<br><br>Date : 1/17/13<br>Time : 9:00 a.m.<br>Court : Hon. Morrison C. England, Jr. |

　　　　Defendant Hugo Chávez De la Cruz, through his counsel, Gilbert A. Roque, and the United States of America, through Assistant United States Attorney Paul A. Hemesath, hereby stipulate that the judgment and sentence hearing be continued from November 29, 2012, to January 17, 2013, at 9:00 a.m., before the Honorable Morrison C. England, Jr.

　　　　The parties stipulate and agree to the continuance because there are sentencing issues that still remain to be resolved, including the need for continued investigation regarding role. Probation Officer Miranda L. Lutke has been advised of and agrees to the continuance.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

DATED: November 20, 2012　　　　/s/ Gilbert A. Roque
　　　　　　　　　　　　　　　　　　GILBERT A. ROQUE, Attorney for
　　　　　　　　　　　　　　　　　　HUGO CHAVEZ DE LA CRUZ, Defendant

DATED: November 20, 2012　　　　/s/ Paul A. Hemesath
　　　　　　　　　　　　　　　　　　PAUL A. HEMESATH
　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

# ORDER

The Court, having received, read and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.  Based on the stipulation of the parties, the Court finds that the failure to grant a continuance in this case would deny defendant Hugo Chávez De la Cruz's defense counsel and counsel for Plaintiff reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and orders that the November 29, 2012, judgment and sentence hearing for defendant Hugo Chávez De la Cruz is vacated and shall be **continued until January 17, 2013, at 9:00 a.m.**

**IT IS SO ORDERED.**

Dated: November 27, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE